Margot L. Roen (SBN: 257965)
LAW OFFICES OF MARGOT L. ROEN
151 N. California Avenue, 1st Floor
Oakdale, CA 95361
Telephone: (707) 339-2118
Email: margot@mlrlawoffices.com

Attorney for Plaintiff
WHITE ROCK INVESTORS, LLC



IT IS SO ORDERED
Judge Edward J. Davila
5/7/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE ROCK INVESTORS, LLC, a California corporation with its principal place of business in California,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD WISE, DAWNYEL WISE, ALICIA DURAN, KAMERON MCLEAN, TENIELLE MONDAY, and CRYSTELL WISE, as Individuals, and CAROUSEL MANAGEMENT, LLC, an Oregon corporation with its principal place of business in Oregon,<br><br>Defendants. | Case 5:17-cv-07328-HRL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>**Honorable Edward J. Davila** |

TO THE HONORABLE COURT AND ALL PARTIES:

**PLEASE TAKE NOTICE THAT** Plaintiff White Rock Investors, LLC ("Plaintiff")

hereby voluntarily dismisses all claims in this action without prejudice as to Defendants pursuant

to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Federal Rule of Civil Procedure 41(a)(1)

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Case 5:17-cv-07328-HRL

provides, in relevant part: (a) Voluntary Dismissal. (1) By the Plaintiff. (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . . . Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Date: 05/07/18

_____
Margot L. Roen
Attorney for Plaintiff White Rock Investors, LLC